IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL D. SPOOR, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-09-1319-M |
| JUSTIN JONES, et al., | ) |
| Respondents. | ) |

ORDER

On November 7, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended petitioner's amended petition be denied. Petitioner was advised of his right to object to the Report and Recommendation by November 28, 2011. Petitioner's objection was filed January 26, 2012.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the well reasoned Report and Recommendation issued by the Magistrate Judge on November 7, 2011;

(2) DENIES petitioner's amended petition; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 15th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE